UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| MAERSK LINE, | ) Case No. 2:12-cv-00294-PMD |
| Plaintiff, | ) |
| vs. | ) **ORDER FOR ENTRY OF** |
| | ) **DEFAULT JUDGMENT** |
| A.R. SKIPPER, INC., | ) |
| Defendant. | ) |

It appearing from the Entry of Default filed herein on May 18, 2012 that Defendant A.R. Skipper, Inc. is in default with regard to the Complaint of Plaintiff Maersk Line filed herein on January 31, 2012 and served on Defendant A.R. Skipper, Inc. on February 20, 2012; and

It further appearing from the pleadings on file in this case that the amount in controversy is for a sum certain as to the Defendant A.R. Skipper, Inc.; and

It further appearing from the pleadings on file in this case and from the Declaration of Doretha Pettaway that A.R. Skipper, Inc. is not a minor, incompetent person, or in the military service; and

It further appearing from the pleadings on file in this case and from the Declaration of Doretha Pettaway that Defendant A.R. Skipper, Inc. is indebted to Plaintiff Maersk Line in the sum of SIXTY-FOUR THOUSAND AND EIGHTY-SEVEN DOLLARS AND NINETY-FOUR CENTS ($64,087.94);

1

NOW, THEREFORE, it is hereby ordered that Plaintiff Maersk Line have judgment against Defendant A.R. Skipper, Inc. in the amount of SIXTY-FOUR THOUSAND AND EIGHTY-SEVEN DOLLARS AND NINETY-FOUR CENTS ($64,087.94), plus post-judgment interest from the date of this Order as provided for by 28 U.S.C. § 1961(a), and reasonable attorney's fees and costs associated with prosecuting this action.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

August 17, 2012